UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE GAXIOLA, et al., | NO. CV 10-6632 AHM (FMO) |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

By order dated September 10, 2010, plaintiffs were ordered to serve the summons and complaint ("Complaint") on all named defendants in this action within sixty (60) days of the filing of the Complaint, which was filed on September 3, 2010. It appears from the record that plaintiffs have failed to complete service on defendant Laurie J. Reese as ordered or file the proof of service. Nor have plaintiffs filed a request for an extension of time in which to do so.

Accordingly, **IT IS HEREBY ORDERED THAT**, **on or before January 3, 2011,** plaintiffs shall show cause, if any there be, why this action should not be dismissed as against defendant Laurie J. Reese for plaintiffs' failure to complete service of the summons and complaint as required by Rule 4(m), Federal Rules of Civil Procedure. **Plaintiffs shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.**[1] **Failure to timely**

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

1 **file such a declaration or to show cause as ordered may result in dismissal of this action**
2 **against defendant Laurie J. Reese for failure to prosecute. Filing of the proof of service**
3 **shall be a satisfactory response to the Order to Show Cause.**
4     **IT IS SO ORDERED.**
5 Dated this 3rd day of December, 2010.

                                              /s/
                                Fernando M. Olguin
                            United States Magistrate Judge