UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE GAXIOLA, et al., | ) | NO. CV 10-6632 AHM (FMO) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE** |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

On March 17, 2011, several documents addressed to plaintiff Mario Celaya ("Celaya") were returned to the court undelivered and marked "Attempted, Not Known." Pursuant to Local Rule 41-6, Celaya has an obligation to keep the court advised of a current address throughout the duration of his lawsuit. Celaya is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address, and/or his failure to comply with a court order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution. See Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.") (italics in original); (see also Court's Order of September 10, 2010, at II.2.) ("During the pendency of the action, plaintiffs must notify the court

immediately if any of the plaintiffs' addresses change and must provide the court with the new address(es) and its effective date. **Any failure by plaintiffs to comply with a court order where plaintiffs did not receive the order due to failure to inform the court of plaintiffs' current addresses may result in the action being dismissed for failure to prosecute**.") (bold in original).

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff Celaya shall file with the court a Notice of Change of Address no later than **April 4, 2011**.

2. **Plaintiff Celaya's failure to timely comply with this Order, or with his continuing obligation to keep the court apprised of a current mailing address, may result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

Dated this 21st day of March, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge