# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE GAXIOLA, et al., | ) | NO. CV 10-6632 AHM (FMO) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that plaintiffs' Complaint is dismissed without prejudice as to plaintiff Michael Frost; Claim Three of the Complaint and plaintiffs' claims against the Federal Transit Authority, the Federal Highway Administration, Victor Mendez and Peter M. Rogoff are dismissed for lack of subject matter jurisdiction; Claims One, Two and Nine against Malcolm Dougherty, and Claims One, Seven, Eight, Nine and Thirteen, and the § 1983 claim set forth in Claim Two against State of California, Department of Transportation are dismissed on Eleventh Amendment grounds; plaintiffs' state law claims are dismissed without prejudice; and all other claims are dismissed with prejudice.

DATED: September 30, 2011

**JS-6**

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE